UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>DIVISION TWO CONSTRUCTION, a California Corporation and JOHN MICHAEL SHEARER, individually,<br><br>Defendant(s). | No. C 04-3380 TEH (BZ)<br><br>**ORDER FOR APPEARANCE AND EXAMINATION OF DEBTOR ASSETS** |

**IT IS HEREBY ORDERED** that John Michael Shearer, judgment debtor, personally appear before this Court, or before a referee appointed by the Court, on **May 12, 2006**, at **10:00 A.M.** in Courtroom G, 15th Floor, located at 450 Golden Gate Avenue, San Francisco, California, to furnish information to aid in enforcement of the judgment entered against you on April 18, 2005, and to answer questions concerning property in your possession or control as stated in Plaintiff's Application for

1

1  Order to Appear for Debtor Examination, attached hereto as
2  Exhibit "A".
3  **NOTICE TO JUDGMENT DEBTOR. If you fail to appear at the**
4  **time and place specified in this order, you may be subject to**
5  **arrest and punishment for contempt of court and the court may**
6  **make an order requiring you to pay the reasonable attorney's**
7  **fees incurred by the judgment creditor in this proceeding.**
8  Dated: April 10, 2006

         _____
         Bernard Zimmerman
         United States Magistrate Judge

12  G:\BZALL\-REFS\CROSTHWAITE\EXAM.ORD.wpd